FOURTH DEPARTMENT, JUNE, 1990

(June 22, 1990)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRENDA L. DAVIS, Appellant.—Upon remittitur from the Court of Appeals, judgment unanimously affirmed. Memorandum: Upon remittitur from the Court of Appeals, we find, based upon our independent review of the record of the *Huntley* hearing, that defendant validly waived her right to counsel prior to confessing to Sheriff's Deputies on August 26, 1985 *(see, People v Davis,* 75 NY2d 517). Present—Doerr, J. P., Denman, Boomer, Pine and Lawton, JJ.